


# GUAM ELECTION COMMISSION
## Kumision Ileksion Guåhan
P.O. Box BG • Hagåtña, Guam 96932
Tel: (671) 477-9791/3 • Fax: (671) 477-1895

# Memo

**Date:** July 10, 2006

**To:** Attorney Cesar C. Cabot, Legal Counsel

**From:** Gerald A. Taitano, Executive Director

**Re:** Submission of Initiative Measure to Revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming.

---

Enclosed for your review and comments is the initiative measure submitted by Jodi L. Vida, whose mailing address is P.O. Box 10358 Tamuning, Guam 96931.

GEC has ten (10) days to respond to Jodi L. Vida on whether or not her proposed initiative measure embraces subjects which are unrelated.

In the event the draft initiative is in proper form, please prepare the following information:

1. A summary of the chief purposes and points of the initiative measure, not to exceed one hundred (100) words, and

2. A short title for the initiative measure showing the nature of the initiative and the subject to which it relates, not to exceed twenty (20) words.

Please call me if you have any questions.

Very Respectfully,

**GERALD A. TAITANO**
Executive Director

Enclosure

EXHIBIT
2

PENGAD 800-631-6989

West Soledad Avenue, Hagåtña, Guam 96910

# LAW OFFICES OF CESAR C. CABOT, P.C.
## LEGAL MEMORANDUM

RECEIVED
JUL 11 2006
GEC

TO: **Gerald A. Taitano, Executive Director**
**Guam Election Commission**

FROM: **Cesar C. Cabot, Esq.**
**Legal Counsel**

DATE: **July 11, 2006**

SUBJECT: **Proposed Initiative to Revitalize Tourism in Guam
and Generate Revenue for Health Care and Public
Education by Allowing Slot Machine Gaming (Jodi L. Vida)**

---

You requested that I review the proposed initiative submitted by Ms. Jodi L. Vida dated July 6, 2006, entitled Initiative to Revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming. This is to certify that the aforementioned proposed initiative measure does not embrace unrelated subjects, pursuant to Title 3, Guam Code Annotated §17202. The short title and summary are forthcoming.

If you have any questions or comments, feel free to contact me.

**CESAR C. CABOT**
Legal Counsel

CCC:me

LEGALOPINION071106

EXHIBIT
**3**

# LAW OFFICES OF CESAR C. CABOT, P.C.
## LEGAL MEMORANDUM

RECEIVED
JUL 14 2006

TO:    Gerald A. Taitano, Executive Director
Guam Election Commission

FROM:    Cesar C. Cabot, Esq.
Legal Counsel

DATE:    July 14, 2006

SUBJECT:    Short Title and Summary; Proposed Initiative to Revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming (Jodi L. Vida)

---

You requested that I provide a short title and summary pursuant to 3 GCA §17305 et. seq. The short title and summary are attached herewith.

If you have any questions or comments, feel free to contact me.

CESAR C. CABOT
Legal Counsel

CCC:me

LEGALOPINION071406

EXHIBIT
4
PENGAD 800-631-6989

# TITLE

An initiative to legalize slot machine gambling in Guam and to establish a slot machine gaming tax.

## SUMMARY

This initiative shall:

1.    Allow licensed slot machine gambling at pari-mutuel racing facilities in Guam for persons eighteen years old or over;

2.    Levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue & Taxation; and

3.    Create for a fund to be administered by the Department of Revenue & Taxation and to be used for health care for Guam residents and for public schools in Guam.



# GUAM ELECTION COMMISSION
## Kumision Ileksion Guåhan
P.O. Box BG • Hagåtña, Guam 96932
Tel: (671) 477-9791/2 • Fax: (671) 477-1895
E-Mail: gec@ite.net   Website: www.guamelection.org

July 14, 2006

Ms. Jodie L. Vida
P.O. Box 10358
Tamuning, Guam 96931

Dear Ms. Vida:

On July 6, 2006, the Guam Election Commission (GEC) received your initiative measure to: Revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming. On July 10, 2006, the GEC transmitted your proposed initiative measure to its legal counsel for review.

The GEC Legal Counsel has completed his review of your initiative measure in accordance with Title 3, Guam Code Annotated §17202 on July 14, 2006, and determined that it does not embrace unrelated subjects. Additionally, he provided the GEC with a short title and summary.

A copy of the short title and summary description is provided as an attachment to this letter. You are advised that the date of this letter is designated as the **"OFFICIAL SUMMARY DATE"** of your initiative measure.

Also provided, as an attachment is a sample petition that you may use to obtain signatures. Signed petitions must be presented to the GEC no later than 120 days from the official summary date, i.e., *November 13, 2006*. The required number of valid signatures on all petitions presented to the Commission in support of your initiative measure is 4,959. This reflects 10% of the total number of all registered voters at the time the proposed initiative measure was submitted i.e., 49,587. You are advised that all signatures must be of persons who are currently registered voters. To facilitate the verification process, the GEC requests that completed petitions be submitted on a weekly basis.

Please give me a call at 477-9791/2/3 if you have any questions.

Very truly yours,

**GERALD A. TAITANO**
Executive Director

Jodie S. Vida
7/14/06

Attachments

EXHIBIT
5

PENGAD 800-631-6989

# TITLE

An initiative to legalize slot machine gambling in Guam and to establish a slot machine gaming tax.

# SUMMARY

This initiative shall:

1.      Allow licensed slot machine gambling at pari-mutuel racing facilities in Guam for persons eighteen years old or over;

2.      Levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue & Taxation; and

3.      Create for a fund to be administered by the Department of Revenue & Taxation and to be used for health care for Guam residents and for public schools in Guam.

# INITIATIVE MEASURE TO BE SUBMITTED DIRECTLY TO THE VOTERS

1). Allow licensed slot machine gambling at pari-mutuel racing facilities in Guam for persons eighteen years old or over;

2). Levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue & Taxation; and

3). Create for a fund to be administered by the Department of Revenue & Taxation and to be used for health care for Guam residents and for public schools in Guam.

## SIGNERS OF THIS PETITION MUST BE QUALIFIED VOTERS OF GUAM

| GEC Use Only | Name (Print & Sign) | Place of Residence (Street & Number if such exist) Mailing Address | Date of Birth C.I. # |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

# INITIATIVE MEASURE TO BE SUBMITTED DIRECTLY TO THE VOTERS

An initiative to legalize slot machine gambling in Guam and to establish a slot machine gaming tax.

## AFFIDAVIT

GUAM    )ss

      The undersigned circulator, being first duly sworn and under oath, deposes, says and asserts that he or she is a registered and qualified voter of Guam, that each signature on the petition was signed in his or her presence, that to the best of his or her knowledge and belief, each signature is the genuine signature of the person whose name it purports to be and that the person was at the time of signing, a registered and qualified voter of Guam.

### CIRCULATOR:

_____      _____
Print Name                   Signature

_____      _____
Village                      Mailing Address

_____      _____
Date Given to Submitter         Date of Birth

--------------------------------------------------------------------------------

### SUBMITTER:

_____      _____
Print Name                   Signature

_____      _____
Village                      Mailing Address

_____      _____
Date Submitted to GEC         Date of Birth

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF

_____, 20_____.

                                    _____
                                    Notary Public in and for Guam.
                                    My commission expires _____.

Rev. per PL 25-146§3102
07/14/06
Guam Election Commission




# GUAM ELECTION COMMISSION
## Kumision Ileksion Guåhan
P.O. Box BG • Hagåtña, Guam 96932
Tel: (671) 477-9791/2 • Fax: (671) 477-1895
E-Mail: gec@ite.net   Website: www.guamelection.org

August 11, 2006

Ms. Jodie Vida
P.O. Box 10358
Tamuning, Guam  96931

Dear Ms. Vida:

This is notification that the Guam Election Commission (GEC) has completed its review of the petitions submitted for your initiative *"To revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming."*

Listed below is a breakdown of our review:

| | |
|---|---|
| Approximate number of signatures received | 14,000+ |
| Total number of signatures validated | 5,139 |
| Total number of signatures not validated | 963 |
| Approximate number of signatures received and not validated | 7,898+ |

The GEC reviewed 6,102 signatures and verified 5,139.  This qualifies your initiative for placement on the November 7, 2006 general election ballot, and is assigned Proposal B in accordance with GEC Rule 208(b).  We discontinued our review when the number of signatures required by Section 17201, Title 3, Guam Code Annotated, was comfortably met.

In a special board meeting last week, the GEC Board of Directors approved our findings, and certified your initiative for placement on the general election ballot.  I have submitted a request from our legal counsel to prepare the Ballot Title for your Proposal B, which we will publish for three consecutive weeks.

I encourage you to begin preparing a 500-word written argument that supports Proposal B.  I will be soliciting a similar 500-word argument against Proposal B, and one that is a neutral position.  These arguments will be printed in a pamphlet that will be mailed to all our registered voters in September.

Please give me a call should you have any questions.

Very truly yours,

**GERALD A. TAITANO**
Executive Director

EXHIBIT
6
PENGAD 800-631-6989

*(handwritten)* 9/5/06 - paged John Paul
9/5/06 8:59am - will fax transmittal ltr. that was rec'd by GEC on 8/21/06

# LAW OFFICES OF CESAR C. CABOT, P.C.
# MEMORANDUM

**TO:**     Gerald A. Taitano, Executive Director
            Guam Election Commission

**FROM:**   Cesar C. Cabot, Esq.
            Legal Counsel

**DATE:**   August 21, 2006

**SUBJECT:** Proposal B (2006 General Election); Adoption of Summary
            as Ballot Title

---

You requested that I provide a ballot title regarding Proposal B, to appear on the 2006 General Election Ballot. It is my opinion that the summary earlier provided on July 14, 2006, should suffice as the ballot title, pursuant to 3 GCA §17015. The summary language, which shall be adopted as the ballot title, does not contain more than 100 words and is a true and impartial statement of the purpose of the measure.

If you have any questions or comments, feel free to contact me.

CESAR C. CABOT
Legal Counsel

CCC:km

LEGALOPINION08/11/06

EXHIBIT

7

# GUAM ELECTION COMMISSION

## Kumision Ileksion Guåhan

P.O. Box BG • Hagåtña, Guam 96932
Tel: (671) 477-9791/2 • Fax: (671) 477-1895
E-Mail: gec@ite.net    Website: www.guamelection.org



**RECEIVED**
SEP 28 2006

**RECEIVED**

**MEMORANDUM**

Date:      September 22, 2006

From:      Executive Director, Guam Election Commission

MAYORS' COUNCIL
OF GUAM

SEP 28 2006
LEARNING RESOURCES
ADMINISTRATION

To:        Hon. Mark Forbes, Speaker, 28th Guam Legislature
           Hon. Joanne M.S. Brown, Vice Speaker, 28th Guam Legislature
           Hon. Frank B. Aguon, Jr., Senator, 28th Guam Legislature
           Hon. Edward J.B. Calvo, Senator, 28th Guam Legislature
           Hon. Benjamin J.F. Cruz, Senator, 28th Guam Legislature
           Hon. Mike Cruz, Senator, 28th Guam Legislature
           Hon. Larry F. Kasperbauer, Senator, 28th Guam Legislature
           Hon. Robert Klitzkie, Senator, 28th Guam Legislature
           Hon. Jesse A. Lujan, Senator, 28th Guam Legislature
           Hon. Adolpho B. Palacios Sr., Senator, 28th Guam Legislature
           Hon. Rory J. Respicio, Senator, 28th Guam Legislature
           Hon. Ray Tenorio, Senator, 28th Guam Legislature
           Hon. Antonio R. Unpingco, Senator, 28th Guam Legislature
           Hon. Judith T. Wonpat, Senator, 28th Guam Legislature
           All Village Mayors
           Attorney General of Guam
           Guam Public Auditor
           Librarian, Guam Public Library
           Librarian, Yona Public Library
           Librarian, Dededo Public Library
           Librarian, Robert F. Kennedy Library, University of Guam
           Librarian, Guam Territorial Law Library

**RECEIVED**
SEP 28 2006
GUAM LAW LIBRARY

The attached copies of Proposal A, an Initiative To Raise the Minimum Age for Consumption and Purchase of Alcoholic Beverages to Twenty-One (21) Years of Age and Proposal B, an Initiative To Revitalize Tourism in Guam and Generate Revenue for Health Care and Public Education by Allowing Slot Machine Gaming is forwarded to your office to be made available to the general public. Mayors are asked to post a copy of both Proposal A & Proposal B in their offices. A copy of Proposal A & Proposal B is posted and available on our website "www.guamelection.org". Further, hard copies of the proposals are available one per registered voter at our office in Hagatna for a minimal cost.

Please call me at 477-9791/2/3 if you have any questions.

Very truly yours,

Gerald A. Taitano
Executive Director

SEP 28 2006

**EXHIBIT**
**8**

Attachments
9-28-06

2nd Floor, Suite 200 GCIC Building, 414 West Soledad Avenue, Hagatna, Guam 96910

# Fear of offending Islam spurs hot debate in Europe

LONDON (Reuters) — Four canceled performances of a Mozart opera have reignited an anxious and heated debate in Europe over free speech, self-censorship and Islam.

By canning its production of "Idomeneo," fearful of security threats because of a scene that might offend Muslims, Berlin's Deutsche Oper provoked front-page headlines across the continent and found itself fending off charges of cowardice.

The controversy centered on a scene in which King Idomeneo is shown on stage with the severed heads of Buddha, Jesus, Mohammad and the sea god Poseidon.

"Here we go again. It's like deja vu... This is exactly the kind of self-censorship I and my newspaper have been warning against," said Flemming Rose, culture editor of Denmark's Jyllands-Posten paper, which met a storm of Muslim protest after publishing satirical cartoons of the Prophet Mohammad last year.

He said bowing to fears of a

next protest, because the radicals in any community are aided and abetted by that," said Lisa Appignanesi, a novelist and deputy president of the writers' group PEN in England.

"We don't want to end up in a situation where we don't dare to speak up. What we do not want is a society where one is constantly fearful about what the people holding the bombs or the guns might say."

European countries, rocked by a series of events including Islamist bombings in Madrid and London and widespread rioting in French immigrant communities last year, are struggling to find better ways of integrating their Muslim minorities.

The latest controversy follows a furor in the Muslim world over comments by Pope Benedict this month in which he cited a medieval emperor who associated Islam with violence. He has since distanced himself from the quotations and assured Muslims of his respect, although without directly apologizing.

---



# GUAM ELECTION COMMISSION
## Kumision Ileksion Guahan

P.O. Box BG · Hagatna, Guam 96932
Tel:(671) 477-9791/2 · Fax:(671) 477-1895
E-Mail gec@ite.net Website www.guamelection.org

## ELECTION 2006

## SAMPLE BALLOT

## GENERAL ELECTION - NOVEMBER 7, 2006

Pursuant to Section 7104 of The Guam Code Annotated, Title 3 Elections, the Guam Election Commission makes public the SAMPLE BALLOT for the NOVEMBER 7, 2006, GENERAL ELECTION.

IMPORTANT: PURSUANT TO SECTION 7108, GCA, TITLE 3 ELECTIONS, YOU HAVE TO MARK THE OVAL PROVIDED IN ORDER FOR YOUR VOTE TO BE COUNTED.

Vote for your Write-In Candidate(s) by MARKING THE OVAL NEXT TO THE WRITE-IN LINE AND PRINT THE NAME OF YOUR WRITE-IN CHOICE(S).

### OFFICIAL GENERAL ELECTION BALLOT

**DIRECTIONS FOR JUDICIAL RETENTION QUESTION FOR JUDGE ELIZABETH BARRETT-ANDERSON**

Vote "YES" or "NO" on the question. If you vote both "YES" and "NO", your vote on the judicial question will not be counted. Make this mark in the oval of your choice. If you make a mistake, ask for a new ballot.

**DIREKSION PARA I KUESTION HUDISIAT PARA SENORA ELIZABETH BARRETT-ANDERSON**

Bota "YES (Hungan)" pat "NO (Ahe)"

**JUDICIAL QUESTION**

SHALL JUDGE ELIZABETH BARRETT-ANDERSON OF THE SUPERIOR COURT OF GUAM BE RETAINED IN OFFICE? VOTE "YES" OR "NO".

**KUESTION HUSTISIAT**

KAO U MA SOSTIENEN SI SINORA ELIZABETH BARRETT-ANDERSON TAT KUMU HUES GI KOTTEN SUPIRIAT? BOTA "YES" PAT "NO".

YES ☐

NO ☐


EXHIBIT
9

afraid to speak out publicly, in a ...al conference of think-tank ...ford Analytica last week, its head, David Young... said political correctness posed a... threat to free expression for jour-nalists, politicians and academics alike.

Niijay Mahindru, an Asian playwright who runs a theatre company in Britain, told Reuters "British Asian writers are without a shadow of a doubt no writing what they want to write about or what they feel is reflective of what is out there. They are writing what is now expected o them."

"This has been going on for a least two or three years and it' almost like a coalition of funda-mentalist forces, whether the are Christian or Muslim or Hindu or whoever. I just wish mor members of the artistic commu-nity would be brave."

play into the hands of the radi-cals. You are telling them: your tactics are working. This is a victory for the radicals. It's weakening the moderate Muslims who are our allies in this battle of ideas."

The drawings, including one showing Mohammed with a bomb in his turban, triggered violent demonstrations throughout the Muslim world but were defended by the newspaper as an expression of free speech and a challenge to religious taboos.

Berlin security officials had warned that staging the opera "Idomeneo" would pose an "incalculable security risk".

The decision to cancel the production even before any protests had materialized was singled out for criticism.

"To do it in advance of any actual protest I think invokes the



The name boards of German Interior Minister Wolfgang Schaeub left, and Badr Mohammed, head of the German Arabic Soc... Democrats are seen next to each other during the news conferen... following the German Islam conference in Berlin on Wednesday...

---

SHALL JUDGE MICHAEL J. BORDALLO OF THE SUPERIOR COURT F GUAM BE RETAINED IN OFFICE? VOTE 'YES' OR 'NO'.

**KUESTION HUSTISIAT**
KAO U MA SOSTIENI SI SINOT MICHAEL J. BORDALLO TAT KUMU HUES GI KOTTE SUPIRIAT? BOTA 'YES' PAT 'NO'.

YES

NO

**INITIATIVE/MEASURE**
SHALL PROPOSAL A, AN INITIATIVE TO RAISE THE MINIMUM AGE FOR CONSUMPTION AND PURCHASE OF ALCOHOL... BE ... TO TWENTY-ONE YEARS OF AGE BE ADOPTED BY THE VOTE... OF GUAM? VOTE 'YES' OR 'NO'.

**I PRINIPONI**
INAPRETAN I PRINIPONI / PRINIPONI ... NA PRUPOPONI NA U MA HATSA I IDAT PARA U MA GIMEN ... PARA BENTE-UNU ANOS, NA U MA APREBA NU I MANAOTAO GUAHAN NI MAMBOBOTA? BOTA 'YES' PAT 'NO'.

**PROPOSAL A**
A statute making it illegal for any licensee, agent or employee to sell or give any alcoholic beverages to persons under twenty-one years of age. The Act also makes it illegal for individuals under twenty-one years of age to purchase or possess alcoholic beverages or to use a false identification document to purchase or otherwise obtain alcoholic beverages. The Act, with regards to possession of alcoholic beverages, shall not apply to individuals employed at establishments that sell or serve alcohol, during times of employment.

YES

NO

**INITIATIVE/MEASURE**
SHALL PROPOSAL B, AN INITIATIVE TO LEGALIZE SLOT MACHINE GAMBLING AT AN ESTABLISHED PARI-MUTUEL RACING FACILITY IN GUAM AND TO ESTABLISH A SLOT MACHINE GAMING TAX, BE ADOPTED BY THE VOTERS OF GUAM? VOTE 'YES' OR 'NO'.

**I PRINIPONI**
INAPRETAN I PRINIPONI B, MA PRUPOPONI NA U MA LIGALISA I SLOT MACHINE GI PARI-MUTUEL NA FASILIDAT YAN U MA ESTA...USHA ...SION I SLOT MACHINE, NA U MA APREBA NU I MANAOTAO GUAHAN NI MAMBOBOTA? BOTA 'YES' PAT 'NO'.

**PROPOSAL B**
A statute to (1) allow licensed slot machine gambling at an established pari-mutuel racing facility in Guam for persons eighteen years old or over; (2) levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue and Taxation; and, (3) create a fund to be administered by the Department of Revenue and Taxation and to be used for health care for Guam residents and for public schools in Guam.

YES

NO

**DIRECTIONS JUDICIAL RETENTION QUESTION FOR JUDGE MICHAEL J. BORDALLO**
Vote 'YES' or 'NO' on the question. To vote both 'YES' and 'NO', your... the judicial... will not... the question... this mark in... oval... If you make a mistake, ask for a new ballot.

**DIREKSION PARA SI SINOT MICHAEL J. BORDALLO**
Bota 'YES (Hunggan) pat 'NO (Ahe)' gi kuestion. Yanggan un bota todu i dos 'YES (Hunggan)' yan 'NO (Ahe)' u ma tuesta i bobo-mu put i kuestion hustisiat. Hafa tagui gi ubabao. Yanggan lachi hao, fanggagao nuebu na balotu.

**DIRECTIONS FOR INITIATIVE MEASURE**
Vote 'YES' or 'NO' on the initiative measure. A mark in the oval to the left of the word 'YES' shall be counted as a vote for the initiative measure. A mark in the oval to the left of the word 'NO' shall be counted as a vote against the initiative measure. If you vote both 'YES' and 'NO', your vote on the initiative measure will not be counted. To make a mistake, ask for a new ballot.

**DIREKSION PARA I PRINIPONI SIHA**
Bota 'YES (Hunggan)' pat 'NO (Ahe)' para i prinip ... gi fion i palabran 'YES' para u ma tuesta i botu hunggan para i priniponi. Kumu un malka i ubdao gi fion i palabra 'NO' para u ma tuesta i botu Ahe' na si un apreba i priniponi. Kumu un bota todu i dos 'YES' yan 'NO', sempre ti u ma tuesta i botu-mu. Yanggan lachi hao, fanggagao nuebu na balotu.

# OFFICIAL GENERAL ELECTION BALLOT

**JUDICIAL QUESTION**

SHALL **JUDGE ELIZABETH BARRETT-ANDERSON** OF THE SUPERIOR COURT OF GUAM BE RETAINED IN OFFICE? VOTE "YES" OR "NO".

---

**KUESTION HUSTISIAT**

*KAO U MA SOSTIENI SI SIÑORA ELIZABETH BARRETT-ANDERSON TAT KUMU HUES GI KOTTEN SUPIRIAT? BOTA "YES" PAT "NO".*

◯ YES

◯ NO

**JUDICIAL QUESTION**

SHALL **JUDGE MICHAEL J. BORDALLO** OF THE SUPERIOR COURT OF GUAM BE RETAINED IN OFFICE? VOTE "YES" OR "NO".

---

**KUESTION HUSTISIAT**

*KAO U MA SOSTIENI SI SINOT ICHAEL J. BORDALLO TAT KUMU HUES GI KOTTE SUPIRIAT? BOTA "YES" PAT "NO".*

◯ YES

◯ NO

**INITIATIVE MEASURE**

SHALL PROPOSAL A, AN INITIATIVE TO RAISE THE MINIMUM AGE FOR CONSUMPTION AND PURCHASE OF ALCOHOLIC BEVERAGES TO TWENTY-ONE YEARS OF AGE, BE ADOPTED BY THE VOTERS OF GUAM? VOTE "YES" OR "NO".

---

**PRINIPONI**

*INAPRETAN I PRINIPONI A, MA PRUPOPONI NI NA U MA HATSA I IDAT PARA U MA GIMEN YAN NA FAI NI GIMEN ATKAHOT PARA BENTE-UNU AÑOS, NA U MA APREBA NU I MANAOTAO GUAHAN NI' MAMBOBOTA? BOTA "YES" PAT "NO".*

**PROPOSAL A**

◯ YES

◯ NO

A statute making it illegal for any licensee, agent or employee to sell or give any alcoholic beverages to persons under twenty-one years of age. The Act also makes it illegal for individuals under twenty-one years of age to purchase or possess alcoholic beverages or to use a false identification document to purchase or otherwise obtain alcoholic beverages. The Act, with regards to possession of alcoholic beverages, shall not apply to individuals employed at establishments that sell or serve alcohol, during times of employment.

**INITIATIVE MEASURE**

SHALL PROPOSAL B, AN INITIATIVE TO LEGALIZE SLOT MACHINE GAMBLING AT AN ESTABLISHED PARI-MUTUEL RACING FACILITY IN GUAM AND TO ESTABLISH A SLOT MACHINE GAMING TAX, BE ADOPTED BY THE VOTERS OF GUAM? VOTE "YES" OR "NO".

---

**I PRINIPONI**

*INAPRETAN I PRINIPONI B, MA PRUPOPONI NA U MA LIGALISA I SLOT MACHINE GI PARI-MUTUEL NA FASILIDAT YAN U MA ESTABLISHA I KONTRIBUSION I SLOT MACHINE, NA U MA APREBA NU I MANAOTAO GUAHAN NI' MAMBOBOTA? BOTA "YES" PAT "NO".*

**PROPOSAL B**

◯ YES

◯ NO

A statute to (1) allow licensed slot machine gambling at an established pari-mutuel racing facility in Guam for persons eighteen years old or over; (2) levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue and Taxation; and, (3) create a fund to be administered by the Department of Revenue and Taxation and to be used for health care for Guam residents and for public schools in Guam.

---

DIRECTIONS FOR JUDICIAL RETENTION QUESTION FOR JUDGE ELIZABETH BARRETT-ANDERSON
Vote "YES" or "NO" on the question. If you vote both "YES" and "NO", your vote on the judicial question will not be counted. Make this mark ⬤ in the oval of your choice. If you make a mistake, ask for a new ballot.

*DIREKSION PARA I KUESTION HUDISIAT PARA SENORA ELIZABETH BARRETT-ANDERSON Bota "YES (Hunggan)" pat "NO (Ahe)" gi kuestion. Ya nggen un bota todu I dos "YES (Hunggan)" yan "NO (Ahe)", ti u ma kuenta I botu-mu put I kuestion hustisiat. Matke taiguini gi ubaláo. Yanggen lachi háo, fanggágao nuebu na balotu.*

DIRECTIONS FOR JUDICIAL RETENTION QUESTION FOR JUDGE MICHAEL J. BORDALLO
Vote "YES" or "NO" on the question. If you vote both "YES" and "NO", your vote on the judicial question will not be counted. Make this mark ⬤ in the oval of your choice. If you make a mistake, ask for a new ballot.

*DIREKSION PARA I KUESTION HUDISIAT PARA SI SINOT MICHAEL J. BORDALLO Bota "YES (Hunggan)" pat "NO (Ahe)" gi kuestion. Ya nggen un bota todu I dos "YES (Hunggan)" yan "NO (Ahe)", ti u ma kuenta I botu-mu put I kuestion hustisiat. Matke taiguini gi ubaláo. Yanggen lachi háo, fanggágao nuebu na balotu.*

DIRECTIONS FOR INITIATIVE MEASURE
Vote "YES" or "NO" on the initiative measure. A mark in the oval ⬤ to the left of the word "YES" shall be counted as a vote for the initiative measure. A mark in the oval ⬤ to the left of the word "NO" shall be counted as a vote against the initiative measure. If you vote both "YES" and "NO", your vote on the initiative measure will not be counted. If you make a mistake, ask for a new ballot.

*DIREKSION PARA I PRINIPONI SIHA Bota "YES (Hunggan)" pat "NO (Ahe)" para i priniponi. Matke halom I ubalao ⬤ gi fi'on I palabran "YES" para u ma kuenta I botu hunggan para I priniponi. Kumu un matka I ubalao ⬤ gi fi'on I palabra "NO" para u ma kuenta I botu Ahe' na ti un apreba I priniponi. Kumu un bota todu I dos "YES" yan "NO", siempre ti u ma kuenta I botu-mu. Yanggen lachi háo, fanggágao nuebu na balotu.*

EXHIBIT

10

PENGAD 800-631-6989

An Objective and Independent
View of Proposal B

By Gerald A. Taitano
Executive Director
Guam Election Commission


EXHIBIT
11

This is an initiative to legalize slot machine
gambling in Guam and to establish a slot ma-
chine gaming tax.

The initiative shall:

1. Allow licensed slot machine gam-
bling at pari-mutuel racing facilities in Guam
persons eighteen years old or over.

2. Levy a tax of ten percent (10%) on
gross slot income to be administered by the
Department of Revenue and Taxation; and,

3. Create for a fund to be adminis-
tered by the Department of Revenue & Taxa-
tion and to be used for health care for Guam
residents and for public schools in Guam.

---

The Ballot Format for the Initiative Question

is as follows:

INITIATIVE QUESTION

SHALL PROPOSAL B, AN INITIATIVE TO LE-
GALIZE SLOT MACHINE GAMBLING IN
GUAM AND TO ESTABLISH A SLOT MA-
CHINE GAMING TAX, BE ADOPTED BY THE
VOTERS OF GUAM?

VOTE "YES" OR "NO"

( )   YES

( )   NO

---

GUAM ELECTION COMMISSION
P.O. BOX BG
HAGÅTÑA, GUAM 96932

GENERAL
ELECTION 2006

VOTERS INFORMATION
PAMPHLET ON
PROPOSAL B

Prepared By:
Guam Election Commission
P.O. Box BG
Hagatna, Guam 96932

414 West Soledad Avenue
GCIC Bldg, Suite 200
Hagatna, Guam 96910
(671) 477-9791 thru 4

osal "B". *An Initiative to Revitalize Tour-*
*in Guam and Generate New Revenues for*
*th Care and Public Education by Allowing*
*Machine Gaming at the Guam Greyhound*

ory. Since 1977, gambling at Guam Grey-
nd Park has been one of the leading attrac-
s for tourists who visit the island. Guam
hound has operated a pari-mutuel racing
ility for over thirty years under very specific
ising regulations established by the Govern-
t of Guam. Proposal "B" would allow a lim-
number of slot machines to exist at the Guam
yhound Park. This limited number of slots
also be carefully-regulated by government
will create new revenues to improve our is-
's health care and education without raising
s on the general public.

urism. Our island's existing gaming facilities
not, by themselves, attract the number of visi-
we need. Proposal "B" is focused on expand-
upon Guam Greyhound Park's role as the
nd's leading tourist attraction. Proposal "B"
help create a total entertainment experience
hin a government regulated gaming facility,
that is able to attract more visitors to the is-
d who will spend even more during their stay.

al Needs. Our island's current gaming indus-
is not providing adequate benefits for the peo-
of Guam. Proposal "B", a more measured
n than past proposals, is less expansive but
er able to quickly provide hundreds of good-
ing jobs for island workers with families who
port local businesses. Proposal "B" provides
10% of slot revenues be collected by island

d[...]mment, which is greater than licensing
fees paid by current gaming operators and 2.5
times the amount now collected in sales taxes.

**Government.** Our island's current gaming
regulations do not provide for direct funding of
public schools and health care. Proposal "B"
providers new revenues for schools and health
care without new taxes. Approval of Proposal
"B" will mean new, additional funds will be
available for text books and prescription drugs.

Approximately 1.2 million tourists visit
Guam annually to enjoy warm, protected water
and clean beaches. Situated near the emerging
economies of Asia, Guam has an opportunity to
becoming the preferred tourist destination in
the Pacific islands. However, that will require
that more extensive entertainment facilities are
available that will allow Guam to compete ef-
fectively with other destinations appealing to
the same visitors.

"B" means a Better Guam.

*John Paul Calvo is Chairman of the Committee*
*to Revitalize Tourism*

An Objective and Independent View of Proposal B

By: Guam Election Commission

This is an initiative to legalize slot machine gaming at an existing race track in Guam and to establish a slot machine gaming tax.

The initiative shall:

1. Allow licensed slot machine gambling at a pari-mutuel racing facilities in Guam for persons eighteen years old or over;

2. Levy a tax of ten percent (10%) on gross slot income to be administered by the Department of Revenue and Taxation; and,

3. Create a fund to be administered by the Department of Revenue and Taxation and to be used for health care for Guam residents and for public schools in Guam.

This initiative if passed allows for slot machine gaming at a pari-mutuel racing facility in Guam which will benefit the residents of Guam providing needed general revenues for Guam without requiring Guam to impose additional taxes or fees on its residents.

Section 1, Title 23—Guam Tourism Revitalization Act is added to the Guam Code Annotated and states in part that the legislation . . . will help revitalize tourism, stimulate economic and tourism development and create additional revenues for the Territory.

Article 3, Title 23—Guam Tourism Revitalization Act, Section 3001. Tax; Levy. There is hereby levied an annual tax of ten (10%) percent upon Gross Slot Income. This Slot Machine Gaming Tax shall be; (a) paid monthly in arrears; (b) shall be paid into the

*Guam Tourism Revitalization Slot Machine Gaming 4; and (c) shall be disbursed from the Guam Tourism Revitalization Slot Machine Gaming Fund pursuant to this Section 3001. There shall be no other tax, fee, levy or other charge assessed against Slot Machine Gaming Operations and/or Gross Slot Income.

The revenues received from this initiative will be set aside only to be used for specific programs, with at least 90% of such set aside exclusively for programs which will benefit health care and public schools.

Article 3, Title 23—Guam Tourism Revitalization Act. Section 4001. Power to regulate held by the Department of Revenue & Taxation. States in part that the Department of Revenue & Taxation shall be empowered to make rules and regulations for the control, supervision and direction of all applicants, and licensees; provided, such rules and regulations shall be uniform in their application and effect.

*delete the paragraph that starts at the imposition . . . — add this sentence.

The Ballot Format for the Initiative Question is as follows:

INITIATIVE QUESTION

SHALL PROPOSAL B, AN INITIATIVE TO LEGALIZE SLOT MACHINE GAMBLING AT AN ESTABLISHED PARI-MUTUEL RACING FACILITY IN GUAM AND TO ESTABLISH A SLOT MACHINE GAMING TAX, BE ADOPTED BY THE VOTERS OF GUAM?

VOTE "YES" OR "NO"

(  )  YES

(  )  NO

*need to add.

*add this new paragraph.

To: Rose/Jun
Just a few more changes + additions.
Thanks,
Steph.

10/9/06 2:34pm

GUAM ELECTION COMMISSION

P.O. BOX BG

HAGÅTÑA, GUAM 96932

GENERAL ELECTION 2006

Prepared By:
Guam Election Commission
P.O. Box BG
Hagatna, Guam 96932

414 West Soledad Avenue
GCIC Bldg, Suite 200
Hagatna, Guam 96910
(671) 477-9791 thru 4

...ies do not provide for direct funding of
public schools and health care. Proposal "B"
provides new revenues for schools and health
care without new taxes. Approval of Proposal
"B" will mean new, additional funds will be
available for text books and prescription drugs.

Approximately 1.2 million tourists visit
Guam annually to enjoy warm, protected water
and clean beaches. Situated near the emerging
economies of Asia, Guam has an opportunity to
becoming the preferred tourist destination in
the Pacific islands. However, that will require
that more extensive entertainment facilities are
available that will allow Guam to compete ef-
fectively with other destinations appealing to
the same visitors.

Legalized gambling kills small business.
Money spent at slot machines takes dollars
away from local businesses, such as restaurants,
movies, stores and family oriented entertain-
ment facilities.

Gambling generates a NEGATIVE multi-
plier effect, meaning that for every $1 in tax
revenue generated, $3 are necessary to support
that revenue, including legal, social and infra-
structure costs.

"B" means a Better Guam.

*John Paul Calvo is the Chairman of the Com-
mittee to Revitalize Tourism in Guam and Gen-
erate Revenue for Health Care and Public Edu-
cation.*

---

## MAKE THE SMART CHOICE. KEEP GUAM GOOD. Vote NO on Proposal B

By: Members · No On Prop B, Keep Guam
Good.

**1. Prop B is a bad law and special inter-
est initiative that will hurt our economy**, giv-
ing the owner 90% of net slot income. No
GRT on slot income; no annual fee per ma-
chine. Only the owner profits.

Gambling addictions DOUBLE within a 30 mile
radius when legalized. Voting for Prop B legal-
izes the "ice" of gambling.

**4. Will legalizing slots at Greyhound revi-
talize tourism?**

Prop B proponents have failed to prove that
legalizing slots will revitalize tourism. Fact:
Prop B will not revitalize tourism, or generate
revenue for healthcare and education. It will
profit **one company**. With an over taxed in-
dustry, our military industry, our military...

*Congresswoman Madeleine Z. Bordallo, Jo-
quin C. Arriola, Jr., Esq. and Lourdes P.*
*Camacho are Members of No on Prop B.*

---

Slot machines will be near children in an
area bordered by THREE elementary schools,
ONE kindergarten, ONE church and ONE con-
vent, next to a residential area. When Guam
had poker machines, children were neglected
while parents gambled away earnings. Loan
defaults skyrocketed, while family violence,
crime prostitution, bankruptcy, drug and alco-
hol abuse all increased.

A Grinols Mustard study found that when
gambling is legalized, these increases occur per
100,000 population: 772 more larcenies; 357
more burglaries; 331 more auto thefts; 68 more
robberies, and 112 more aggravated assaults, a
vote for Prop B is a vote for more crime

Case 1:06-cv-00035    Document    Filed 10/30/2006    Page 19

# An Objective and Independent View of Proposal B

By Gerald A. Taitano
Executive Director
Guam Election Commission

This is an initiative to legalize slot machine gambling in Guam and to establish a slot machine gaming tax.

The initiative shall:

1. Allow licensed slot machine gambling at pari-mutuel racing facilities in Guam for persons eighteen years old or over;

2. Levy a tax of ten percent (10%) on this slot income to be administered by the Department of Revenue and Taxation; and,

3. Create for a fund to be administered by the Department of Revenue & Taxation and to be used for health care for Guam residents and public schools in Guam.

This is initiative if passed allows for pari-mutuel racing in Guam which will benefit the residents of Guam by providing needed general revenues for Guam without requiring Guam to impose additional taxes or fees on its residents.

The revenues received from this initiative will be set aside only to be used for specific programs, with at least 90% of such revenues used exclusively for programs which benefit health care and public schools.

Section 1, Title 23—Guam Tourism Revitalization Act is added to the Guam Code Annotated and states in part that the legalization slot machine gaming will help revitalize tourism, stimulate economic and tourism development and create additional revenues for the

---

The imposition and payment to the Department of Revenue & Taxation of a 10% tax on the Gross Slot Income that is derived from Slot Machine Gaming conducted at an established pari-mutuel racing facility will be distributed for the benefit of health care, education, and other needs of the Territory as designated and directed by the Department of Revenue & Taxation.

The residents of Guam will benefit from additional revenue to be used for subsidizing health care costs and expenses, and to provide assistance to the residents of the Territory with the costs of obtaining prescription drugs and medicines; and for the improvement of the educational content, physical condition, vocational programs, security, and general well-being of the Territory's public schools.

---

The Ballot Format for the Initiative Question

is as follows:

INITIATIVE QUESTION

SHALL PROPOSAL B, AN INITIATIVE TO LEGALIZE SLOT MACHINE GAMBLING IN GUAM AND TO ESTABLISH A SLOT MACHINE GAMING TAX, BE ADOPTED BY THE VOTERS OF GUAM?

VOTE "YES" OR "NO"

( ) YES

( ) NO

---



GUAM ELECTION COMMISSION
P.O. BOX BG
HAGÅTÑA, GUAM 96932

EXHIBIT
12
PRM40 806-531-0585

---

GENERAL
ELECTION 2006

VOTERS INFORMATION
PAMPHLET ON
PROPOSAL B

Prepared By:
Guam Election Commission
P.O. Box BG
Hagåtña, Guam 96932

414 West Soledad Avenue
GCIC Bldg, Suite 200
Hagåtña, Guam 96910
(671) 477-9791 thru 4

## A Proponent's View of Proposal B

By John Paul Calvo, Chairman,

**Proposal "B".** *An Initiative to Revitalize Tourism in Guam and Generate New Revenues for Health Care and Public Education by Allowing Slot Machine Gaming at the Guam Greyhound Park.*

**History.** Since 1977, gambling at Guam Greyhound Park has been one of the leading attractions for tourists who visit the island. Guam Greyhound has operated a pari-mutuel racing facility for over thirty years under very specific licensing regulations established by the Government of Guam. Proposal "B" would allow a limited number of slot machines to exist at the Guam Greyhound Park. This limited number of slots will also be carefully-regulated by government and will create new revenues to improve our island's health care and education without raising taxes on the general public.

**Tourism.** Our island's existing gaming facilities cannot, by themselves, attract the number of visitors we need. Proposal "B" is focused on expanding upon Guam Greyhound Park's role as the island's leading tourist attraction. Proposal "B" will help create a total entertainment experience within a government regulated gaming facility, one that is able to attract more visitors to the island who will spend even more during their stay.

**Local Needs.** Our island's current gaming industry is not providing adequate benefits for the people of Guam. Proposal "B", a more measured plan than past proposals, is less expensive but better able to quickly provide hundreds of good-paying jobs for island workers with families who support local businesses. Proposal "B" provides that 10% of slot revenues be collected by island

Government, which is greater than licensing fees paid by current gaming operations and 2.5 times the amount now collected in sales taxes.

**Government.** Our island's current gaming regulations do not provide for direct funding of public schools and health care. Proposal "B" provides new revenues for schools and health care without new taxes. Approval of Proposal "B" will mean new, additional funds will be available for text books and prescription drugs.

Approximately 1.2 million tourists visit Guam annually to enjoy warm, protected water and clean beaches. Situated near the emerging economies of Asia, Guam has an opportunity to becoming the preferred tourist destination in the Pacific islands. However, that will require that more extensive entertainment facilities are available that will allow Guam to compete effectively with other destinations appealing to the same visitors.

"B" means a Better Guam.

*John Paul Calvo is Chairman of the Committee to Revitalize Tourism*

## An Opponent's View of Proposal B

By Members of No On Prop B.

**Keep Guam Good.**

**MAKE THE SMART CHOICE, KEEP GUAM GOOD. Vote NO on Proposal B**

**1. Prop B is a bad law and special interest initiative that will hurt our economy,** giving the owner 90% of net slot income. No GRT on slot income; no annual fee per machine. Only the owner profits.

Gambling generates a NEGATIVE multiplier effect, meaning that for every $1 in tax revenue generated, $3 are necessary to support that revenue, including legal, social and infrastructure costs.

Legalized gambling kills small business. Money spent at slot machines takes dollars away from local businesses, such as restaurants, movies, stores and family oriented entertainment facilities.

**2. Proposal B will harm our quality of life and our children.**

Slot machines will be near children in an area bordered by THREE elementary schools, ONE kindergarten, ONE church and ONE convent, next to a residential area. When Guam had poker machines, children were neglected while parents gambled away earnings. Loan defaults skyrocketed, while family violence, crime prostitution, bankruptcy, drug and alcohol abuse all increased.

A Grinols Mustard study found that when gambling is legalized, these increases occur per 100,000 population: 772 more larcenies, 357 more auto thefts, 68 more robberies; 331 more aggravated assaults. A vote for Prop B is a vote for more crime.

**3. Proposal B is a vote for the "crack cocaine" of gambling.**

The "crack cocaine" of gambling, slots get addicted *THREE TIMES FASTER than other types of gambling*. At a bet every 6 seconds, 10 bets a minute and 600 bets or EIGHT an hour, slot users can bet up to *$3,000 per hour per machine*. CASINOS PROFIT FROM GAMBLING ADDICTIONS, generating 52% of revenues from 4% of the population who are *problem gamblers*. A casino within 10 minutes of a home is associated with a 90% INCREASE in the odds of becoming a problem gambler. gambling addictions DOUBLE within 30 mile radius when legalized. Voting for Prop B legalizes the "ice" of gambling.

**4. Will legalizing slots at Greyhound revitalize tourism?**

Prop B proponents have failed to prove how legalizing slots will revitalize tourism. What is important to our tourist industry, Prop B would only increase this crisis worse. At a time when it is important to our tourist industry, Prop B would only increase this terrible problem. Young adults tendency to addiction is double that of adults. Prop B would add risk on our young adults and future work force. Proposal B is bad for Guam. On company will benefit at the expense of everyone else. Our visitor industry, our military, our families and our economy are recovering—all without legalized gambling. Vote no to more Crime, vote No to more violence, and vote No to destruction of our family unit.

**Prop b will not revitalize tourism, or generate revenue for healthcare and education. It will profit one company.** With an over taxed law enforcement group, increasing violent crime and drugs, Prop B would be a deliberate choice to make this crisis worse.

*Congresswoman Madeleine Z. Bordallo, Joaquin C. Arriola, Jr., Esq., and Lourdes P. Camacho are Members of No on Prop B.*