CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for the Guam Election Commission



FILED
DISTRICT COURT OF GUAM

OCT 30 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| LINA'LA SIN CASINO and JOSEPH DUENAS,<br><br>Plaintiffs,<br><br>v.<br><br>GUAM ELECTION COMMISSION<br><br>Defendant. | CIVIL CASE NO. 06-00035<br><br>**NOTICE OF MOTION AND MOTION BY GEC FOR ORDER ISSUING WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM FOR RECORD REMOVED ACTION**<br>**(28 U.S.C. § 1447(B))** |

**TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD, ARRIOLA, COWAN, & ARRIOLA:**

PLEASE TAKE NOTICE that Defendant Guam Election Commission ("GEC") hereby moves this Court for an Order issuing a writ of certiorari to the Superior Court of Guam, pursuant to 28 U.S.C. § 1447(b), requiring the Superior Court of Guam to bring all records and proceedings in the Superior Court to this Court.

*ORIGINAL*

Lina'La Sin Casino and Joseph T. Duenas v. Guam Election Commission
Civil Case No. CV
Notice of Motion and Motion by GEC for Order Issuing Writ of Certiori to Superior Court of Guam for Record in Removed Action (28 U.S.C. § 1447(b))
Page 2

This Motion will be and is based upon this Notice, the Memorandum of points and Authorities filed herewith, and the complete records and files in this action.

Respectfully submitted this 30th day of October, 2006.

                                      **CABOT MANTANONA LLP**
                                      Attorneys for Respondent.

By: _____
                                      CESAR C. CABOT

CCC:me
NOTICEOFMOTION