

CABOT
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**Attorneys for the Guam Election Commission**

**FILED**
DISTRICT COURT OF GUAM

OCT 30 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| LINA'LA SIN CASINO and JOSEPH DUENAS, | ) ) ) | CIVIL CASE NO. 06-00035 |
| Petitioners. | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| GUAM ELECTION COMMISSION | ) ) ) | |
| Respondent. | ) ) | |

I, WILLIAM N. CRUZ, hereby certify that on the 30th day of October, 2006, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagatna, Guam 96910, counsel for Plaintiff:

1. Notice of Removal of Action Pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 1441(b) and 1442(a)(1) and 48 U.S.C. § 1424-2;

2. Notice of Motion By GEC for Order Issuing Writ of Certiorari to Superior Court of Guam for Record in Removed Action;

3. Memorandum of Points and Authorities in Support of GEC's Motion for Issuance of Writ of Certiorari to Superior Court of Guam for Record in Removed Action

**ORIGINAL**

4. Proposed Order Directing Writ of Certiorari to Superior Court of Guam (Without Hearing);

5. Proposed Order Directing Writ of Certiorari to Superior Court of Guam (Following Hearing);

6. Proposed Writ of Certiorari to Superior Court of Guam; and

7. Notice To Adverse Parties of Removal of Action to District Court Pursuant to 28 U.S.C. §§ 1441(b), 1442(a)(1) and 1446(d), and 48 U.S.C. § 1424-2.

Dated this 30th day of October, 2006.

_____
WILLIAM N. CRUZ

CCC:me
CERTIFICATEOFSERVICE