GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| Lina'La Sin Casino, et al., <br><br> Petitioners, <br><br> vs. <br><br> Guam Election Commission, <br><br> Respondent. | Case No. 1:06-cv-00035 |

# NOTICE OF ENTRY OF ORDER

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Order re Motion for Order Issuing Writ of Certiorari filed October 31, 2006**
**Date of Entry: October 31, 2006**

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 31, 2006                                           Clerk of Court
                                                                                      **/s/ Mary L.M. Moran**