RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

HOWARD TRAPP, ESQ.
HOWARD TRAPP, INC.
200 Saylor Building
139 Chalan Santo Papa
Hagatna, Guam 96910
Telephone No.: (671) 477-7000
Facsimile No.: (671) 477-2040

Attorneys for Interveners

FILED
DISTRICT COURT OF GUAM
OCT 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LINA'LA SIN CASINO and JOSEPH DUENAS, <br><br> Petitioners, <br><br> vs. <br><br> GUAM ELECTION COMMISSION, <br><br> Respondent. | CIVIL CASE NO. 06-00035 <br><br> NOTICE OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE |

TO: PETITIONERS, and their attorneys, Arriola Cowan & Arriola

NOTICE IS HEREBY GIVEN that on _____, 2006, at the hour of \_\_\_\_\_.m., Interveners Committee to Revitalize Tourism (the "Committee"), Jodie Vida ("Vida"), John Paul Calvo ("Calvo"), Janet Gerber Calvo ("Gerber Calvo"), Debralynne Quinata ("Quinata"), and Carlo J.N. Branch ("Branch") (collectively "Interveners") will bring the following Ex Parte

Lina'la Sin Casino, et al. v. Guam Election Commission
Civil Case No. 06-00035
Notice of Ex Parte Application and Ex Parte Application for Order Shortening Time on Motion to Intervene
Page 2 of 2 pages

Application before the Court.

Concurrently with this Ex Parte Application, Interveners have filed a Motion to Intervene ("Motion"). It is important and urgent that the Ex Parte Application and Motion be heard as soon as possible because the Petitioners urged the Superior Court of Guam, prior to removal, that this matter proceed on an expedited basis, and it is reasonable to expect that the same request will be made in this Court. As discussed in a supporting memorandum of points and authorities, if the Interveners are not allowed to intervene in this case their interests may not be adequately represented by the parties, and then they will not be able to sufficiently protect their rights in this matter.

This Ex Parte Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in the Motion filed concurrently herewith, the Memorandum of Points and Authorities in support of said Motion, and the documents on file herein all being incorporated herein by this reference. This Ex Parte Application is further supported by the Declaration of Richard A. Pipes concurrently filed herewith.

Dated this 31st day of October, 2006.

> LAW OFFICES OF RICHARD A. PIPES
> Attorneys for Interveners
>
> By: _____
> RICHARD A. PIPES