

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LINA'LA SIN CASINO and JOSEPH DUENAS,<br><br>Petitioners,<br><br>vs.<br><br>GUAM ELECTION COMMISSION,<br><br>Respondent. | Civil Case No. 06-00035<br><br>**ORDER** |

This case is before the Court on a Motion to Intervene filed on October 31, 2006. However, this motion is moot in light of this Court's order remanding this case to the Superior Court of Guam. Accordingly, no further action will be taken regarding this matter.

SO ORDERED this 31st day of October, 2006.

FRANCES M. TYDINGCO-GATEWOOD
United States District Judge

**ORIGINAL**